IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JONI LOZANO | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 7:15-cv-00058 |
| | § | |
| DONNA INDEPENDENT SCHOOL DISTRICT | § | |
| | § | |
|     Defendant. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Joni Lozano, appeals to the United States Court of Appeals for the Fifth Circuit from the order of the district court dismissing Plaintiff's claims with prejudice on July 13, 2015, and from the denial of Plaintiff's motions requesting reconsideration or alteration of the court's July 13, 2015 final order of dismissal, which was denied by the district court on October 27, 2015.

Respectfully submitted,

**GARCIA, OCHOA & MASK, LLP**

By:    */s/ Ricardo A. Garcia*
       Ricardo A. Garcia
       State Bar of Texas No. 07643200
       S.D. Tex. No. 1095
       Lino H. Ochoa
       State Bar of Texas No. 00797168
       S.D. Tex. No. 272425

                                      Jody R. Mask
                                      State Bar of Texas No. 24010214
                                      S.D. Tex. No. 23909
                                      Alberto L. Guerrero
                                      State Bar of Texas No. 00790800
                                      S.D. Tex. No. 18090
                                      820 South Main Street
                                      McAllen, TX 78501
                                      Tel. No.: 956/630-2882
                                      Fax No.: 956/630-5393
                                      ric@gomlaw.com

                              **ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 3rd day of November 2015, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court and that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

                                      /s/ *Ricardo A. Garcia*
                                      RICARDO A. GARCIA